IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS PENSION FUND,
WISCONSIN LABORERS HEALTH FUND,
BUILDING & PUBLIC WORKS LABORERS
VACATION FUND, WISCONSIN LABORERS
APPRENTICESHIP AND TRAINING FUND,
JOHN J. SCHMITT, BUILDING TRADES UNITED
PENSION FUND, and SCOTT REDMAN,

    Plaintiffs,

v.

R.L. DAVIS CONTRACTING SERVICES, LLC,

    Defendant.

Case No.  19-cv-400-jdp

---

### DEFAULT JUDGMENT

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs Wisconsin Laborers Health Fund, Building & Public Works Laborers Vacation Fund, Wisconsin Laborers Apprenticeship and Training Fund, Building Trades United Pension Trust Fund, John J. Schmitt, and Scott Redman against defendant R.L. Davis Contracting Services, LLC in the amount of $44,313.95.

Plus interest on the judgment at the legal rate until the judgment is satisfied.

Dated this 12th day of November, 2020.

        s/ K. Frederickson, Deputy Clerk
        Peter Oppeneer
        Clerk of Court